IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD AND GINA FREDERICK, : | |
| : | **Case No. 2:17-cv-03421-GAM** |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| PORTFOLIO RECOVERY : | |
| ASSOCIATES, LLC and : | |
| PHILADELPHIA WRIT SERVICES, : | |
| : | |
| **Defendant.** | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party,_____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate parties, Portfolio Recovery Associates, LLC, a foreign corporation, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Portfolio Recovery Associates, LLC is a wholly-owned subsidiary of Portfolio Recovery Associates. Inc., a publicly traded, non-governmental entity.  No publicly held corporation owns 10% or more of its stock.

**BARRON & NEWBURGER, P.C.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA I.D. No. 92412
450-106 State Road 13 N., Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant Portfolio Recovery Associates, LLC
Dated:  August 3, 2017

**CERTIFICATE OF SERVICE**

I certify that on August 3, 2017, a true copy of the foregoing document was served on all counsel of record *via* CM/ECF and electronic mail.

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA I.D. No. 92412
450-106 State Road 13 N., Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant Portfolio Recovery Associates, LLC

Dated:  August 3, 2017