# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD AND GIANA FREDERICK<br>520 Susquehanna Rd.<br>Phila, PA<br>19111 | :<br>:<br>: HON. MCHUGH |
| *Plaintiffs*<br>v. | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>140 Corporate Blvd.<br>Norfolk, VA<br>23502 | : 2:17-cv- 3421<br><br>: |
| *Defendant* | : |
| And | |
| PHILADELPHIA WRIT SERVICES<br>1080 Delaware Ave<br>Phila, PA<br>19125 | :<br><br>: |
| *Defendant* | : |

## AFFIDAVIT OF COUNSEL CONFIRMING DISTRIBUTION OF SETTLEMENT FUNDS

I, FRED DAVIS, as counsel for the above Plaintiffs, do hereby certify the following:

1. On or about December 1, 2017, a settlement of the above captioned matter was approved by this Honorable Court.

2. The settlement terms were as follows:

   A. Payment in the amount of $4,685.00 in settlement of all claims against both parties as to Giana Frederick only;

   B. Giana Frederick to receive $3,236.25;

C. Davis Consumer Law Firm to receive $1,448.75;

3. On or about February 6, 2018, Giana Frederick's father, her legal guardian and biological parent, was issued check #1407 in the amount of $3,236.25.

4. On or about February 8, 2018, said check was deposited into an account designated for Giana Frederick's by her father, legal guardian and biological parent.

5. I affirm that the above statements are true and correct to the best of my knowledge, and realize I am subject to penalties for perjury for any willfully false statements.

**Respectfully submitted,**

DAVIS CONSUMER LAW FIRM

By: /s/_____
Fred Davis- ID# FED4961
Attorney for Plaintiffs, Giana and Gerald Frederick
2300 Computer Rd.-Ste G39
Willow Grove, PA  19090
Tel – 1-855-432-8475/Fax-1-855-435-9294
**Email: fdavis@usacreditlawyer.com**